In the Matter of KELLYANN TOALE, Appellant, v MICHAEL CARAVELLA, Respondent.

Submitted November 14, 2011; decided January 5, 2012

Reported below, 86 AD3d 576.

Motion for leave to appeal dismissed upon the ground that appellant has failed to demonstrate timeliness as required by Rules of the Court of Appeals (22 NYCRR) § 500.22 (b) (2).

In the Matter of JOHN WAYMAN et al., Respondents, v KELLY RAMOS, Appellant, et al., Respondent.

Submitted November 14, 2011; decided January 5, 2012

Reported below, 88 AD3d 1237.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of LAFAYETTE D. YOUNG, JR., a Justice of the Macomb Town Court, St. Lawrence County, Petitioner. STATE COMMISSION ON JUDICIAL CONDUCT, Respondent.

Submitted December 27, 2011; decided January 5, 2012

Motion to waive strict compliance with certain requirements concerning the record on review herein granted to the extent that consideration of the determination of the Commission on Judicial Conduct may be prosecuted upon 10 copies of the record on review.